UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-12368-MJJ |
| ) | |
| KATE SILVIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

February 13, 2025

**JOUN, D.J.**

    For the reasons set forth below, the Court <u>DISMISSES</u> this action.

    Plaintiff Joseph Piard ("Mr. Piard"), who is representing himself, brings this action against Kate Silvia ("Silvia"), whom Mr. Piard identifies as the Records Access Officer at the North Central Correctional Institution at Gardner ("NCCI Gardner"). [Doc. No. 1]. Mr. Piard, who is confined at NCCI Gardner, alleges that Silvia violated his right to due process by refusing to provide him video footage of events relevant to a disciplinary proceeding against him. [*Id.*]. Mr. Piard represents that resulting sanction for his disciplinary infraction resulted in the loss of opportunity to earn good time credits. [*Id.*].

    On November 15, 2024, the Court entered an Order denying without prejudice Mr. Piard's Motion for Leave to Proceed *in forma pauperis* because he had not provided the required six-motion prison account statement. [Doc. No. 4 at 2]. In the same Order, the Court directed Mr. Piard to show cause why this action should not be dismissed. [*Id.* at 5]. The Court found that the

complaint failed to state a claim upon which relief may be granted because Mr. Piard does not have a liberty interest in the opportunity to earn discretionary credits. [*Id.* at 4].

On November 26, 2024, Mr. Piard filed a renewed Motion for Leave to Proceed *in forma pauperis*, [Doc. No. 6], and a Motion to Oppose Dismissal, [Doc. No. 7]. Both motions are DENIED. Contrary to the Court's instruction, Mr. Piard did not include a six-month prison account statement. In the Motion to Oppose, Mr. Piard does not make any satisfactory factual or legal argument showing that he had a liberty interest in the opportunity to earn discretionary good time credits.

Accordingly, this action is DISMISSED for failure to pay the filing fee and for failure to state a claim upon which relief may be granted.

SO ORDERED.

                                                /s/ Myong J. Joun          
                                                Myong J. Joun  
                                                United States District Judge